**Order entered April 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00344-CV

**JENNIFER R. BARNES, Appellant**

**V.**

**KATHERINE A. KINSER, JONATHAN J. BATES, KINSER & BATES, LLP, PEZZULI KINSER, LLP, AND MICHAEL P. PEZZULI, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05548**

## ORDER

We **DENY** appellees' motion to dismiss the appeal as moot.

/s/     ADA BROWN
        JUSTICE